**Order filed July 24, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00060-CR
NO. 14-14-00061-CR
_____

**HUGH AUDRIE CARTER, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause Nos. 1366763 and 1367859**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes these appeals are wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel certified to this court that he provided appellant with a copy of the *Anders* brief and advised appellant of his right to file a pro se brief in response. The appellate record has also been provided to appellant.

If appellant desires to file a pro se brief in response to counsel's *Anders* brief, appellant's pro se brief is due **on or before August 5, 2014**.

PER CURIAM